UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ROBERT BARBOUR,  No. C 14-4665 LB

    Plaintiff,  **ORDER OF TRANSFER**

    v.  [Re: ECF No. 1]

CLIFF ALLENBY; Director of California Department of State Hospitals; et al.,

    Defendants.
_____/

Plaintiff, in custody at the Coalinga State Hospital in Coalinga, filed this *pro se* civil action, complaining of events and omissions that occurred at the hospital and in the Yuba County Superior Court. The hospital is in Fresno County and the court is in Yuba County, both of which are located within the venue of the Eastern District of California. (Plaintiff alleges that Yuba County is located within the venue of the Northern District of California, but he is incorrect. *See* 28 U.S.C. § 84(b).) The named defendants apparently reside within the venue of the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

**IT IS SO ORDERED.**

Dated: October 28, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 14-4665 LB
ORDER